UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATTHEW KING,<br><br>           Plaintiff,<br><br>    v.<br><br>BMW NORTH AMERICA, LLC,<br><br>           Defendant. | Case No.18-cv-00348-VKD<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. No. 27 |

In their February 4, 2019 status report, the parties advise that they have settled this matter and currently are negotiating plaintiff's attorney's fees, costs and expenses. If the parties are unable to resolve that matter on their own, plaintiff must file his motion for fees, costs and expenses no later than **March 5, 2019**.

If the parties are able to resolve the remaining matters without the Court's assistance, then on or before **April 5, 2019**, they shall file a dismissal of the action pursuant to Fed. R. Civ. P. 41(a)(1). Rule 41(a)(1) permits a plaintiff to voluntarily dismiss a case without a court order (i) by notice if the defendants have not filed an answer or motion for summary judgment, or (ii) by stipulation signed by all parties who have appeared.

If by April 5, 2019, no motion for fees, costs and expenses has been filed, and if the parties have not filed a dismissal of the action, then the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **April 16, 2019**, **10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **April 9, 2019** advising as to (1) the status of their activities in finalizing settlement;

and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.

**IT IS SO ORDERED.**

Dated: February 5, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge